UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DAREN PORTER, | ) | CASE NO. EDCV 14-1136-GW (AJW) |
|       Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| WARDEN, FCI-I, | ) ) | |
|       Respondent. | ) ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: February 13, 2015

_____
George H. Wu
United States District Judge